DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GEORGE SUSICK,

Appellant,

v.

BUFFY LEE GRAVES,

Appellee.

No. 2D2023-0929

_____

June 14, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pasco County; Susan G. Barthle, Judge.

George Susick, pro se.

Roland D. Waller of Law Office of Roland D. Waller, New Port Richey, and Marty Solomon, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, KELLY, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.